UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
            -v-                                           :          15-CR-445 (PAE)
                                                          :
MIGUEL ROMERO,                                            :          ORDER
                                                          :
                            Defendant.                    :
                                                          :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court has received the following letter from Miguel Romero, which the Court

construes as a pro se application for compassionate release.  The Court directs Government

counsel and defense counsel to confer promptly about this application, and to submit letters

setting forth pertinent background, including whether any application for compassionate release

had heretofore been received or reviewed by the Bureau of Prisons, and their views.  Defense

counsel's letter is due Wednesday, May 13, 2020.  The Government's letter is due Friday, May

15, 2020.


        SO ORDERED.


Dated: May 11, 2020                              _____
       New York, New York                              PAUL A. ENGELMAYER
                                                       United States District Judge





Miguel Romero 74203-054
Metropolitan Correctional Center
150 Park Row
New York, NY, 10007



Honorable Paul A. Engelmayer
United States District Court
Southern District Court of New York
500 Pearl Street
New York, NY 10007



USM P3
SDNY

March 27, 2020
United States District Court
Southern District Court of New York
500 pearl Street
New York, NY
10007

Dear Honorable Paul A. Engelmayer

I am writing this letter asking for a compassionate release due to the physical and mental issues I suffered over the past few months.

I am a sentenced inmate and have only several months left before I am released. This is my first time being locked up, have no previous criminal record or history, and I am a U.S. Citizen

My physical issues started on December 2, 2019 When the Correctional officer slammed the door hard against my left hand crushing my middle finger. My fingernail was torn off, I have been experiencing increased sensitivity and pain even to normal touch. There was a big laceration and also a fracture of the bone as well. I lost feeling in my middle finger to. I've been wearing a shoulder sling since then to keep my hand up. Since my left hand is my dominant hand, because of this injury I have been having impairment of activities of daily living such as feeding because of my inability to hold and use a spoon right.

It's hard to brush my teeth. I have difficulty with bathing, showering, toileting, and getting dressed. I cannot wash my clothes because of the pain I suffer from the injury so I have to pay someone to wash them for me. Furthermore I have difficulty climbing up the bed and sleeping at night because the pain disrupts my sleeping. I have been to a hospital twice and im suppose to see the hand specialist agian to find out if I need surgery. Unfortunately I have not had any further work up or any treatment including physical therapy at all.

My physical issues were further complicated when the whole facility was put on a serious lockdown due to a C.O. bringing a gun into the building and putting inmates lives at risk. We were denied shower for a week, we were given frozen food for lunch and dinner for about 2 weeks During that time many high protective gear came during overnight hours around 3am - 4am and forced us out of the cells, and my injury was aggravated when a C.O. grabbed my injured hand and yanked it out of the sling and pulled it forcefully over my head. I felt excruciating pain in my hand, so much pain that tears came out of my eyes. I told the C.O. that I have an injury on my left hand but he told me insted that if I move he was going to slam me to the ground I'm mentally suffering with so much worries and

anxieties from the post-traumatic experience comeing from my hand injury, feeling unsafe due to breach in security from a C.O. bringing a deadly weapon into the building, and due to multiple slashings, to the most recent big issue the Corona virus (COVID-19) which has caused alot of deaths and people tested positive for it in several units and it's spreading through the building. Furthermore, my mother was recently diagnosed with cancer and she needs surgery before it spreads through her whole body. I wish to be with her and take care of her while she's going through this. I would also love to be with my daughter especially on her 5th birthday on may 1st. When I got arrested on December 9, 2015, my daughter was only six months old. My mother and my daughter are the reason why I try all the best I can to live a straight life, to keep myself away from trouble, and to stay strong mentally, emotionally, and physically.

   These physical and mental issues continue to drain and exhaust my energy so much that I often feel depressed and helpless. I draw strength and courage from the lord god almighty to help me stay positive and keep me hoping for the best.

   It is for this reason that I earnestly plead your honor to please consider my case and my request for compassionate release so that I can be with my mother and my daughter in these times of crises, in the midst of the corona virus pandemic. I hope

For your kind consideration

Sincerely yours.

Miguel Romero   Reg# 74203-054