UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIGUEL ROMERO,

                              Defendant.

15 Crim. 445 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached pro se motion for compassionate release from

defendant Miguel Romero.  The Court asks Mr. Romero's CJA trial counsel, Guy Oksenhendler,

to submit a memorandum in support of Mr. Romero's motion, and to the extent necessary,

reappoints Mr. Oksenhendler to represent Mr. Romero for this purpose.  This memorandum is

due March 22, 2021.  The Government's response is due March 29, 2021.  The Court does not

invite a reply.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  March 1, 2021
        New York, New York

1

Miguel Romero                    February 17, 2021
74203-054

                              S6 15-CR-455-18(PAE)

Dear Honorable Judge
Paul A. Engelmayer

My reason for writing you this
letter your honor is to file for
a compassionate release pursuant
to 18 U.S.C § 3582(c) due to the
Corona virus pandemic. Im currently
incarcerated in Federal Correctional
Institution Schuylkill, P.O. Box 759
Minersville, PA 17954-0759. In this
institution im in, the estimated amount
of people here is 1,000 people incarcerated.
Today, February 17, 2021 more than
half of the 1,000 people incarcerated are
infected with the Corona virus (COVID-19)
In this institution. This is an extraordinary
and compelling reason due to the building that
im in right now which is (3A) where 120
inmates are confined to this unit. Out of
the 120 inmates confined in (3A) 60 inmates
are infected with Corona virus (COVID-19).

2

These inmates are only a few feet and some are inches away in other cells from the cell im in. There are two inmates literally next door who tested positive for Corona Virus (COVID-19) and we share the same air through two small vents between the cells. I can literally hear them coughing and sneezing all day. I'm scared for my life because my grandmother, my uncle and a few more of my relatives, and friends I went to school with died from Corona Virus (COVID-19). I tested negative for Corona Virus (COVID-19) but my chances to being infected are extremely high due to 60 inmates infected around me breathing the same air, and most of all people who tested positive take showers in the same showers where people who tested negative take showers. I feel like it's only a matter of time untill I get infected and I dont know how my immune system would handle it, I could **lose** my life. I'm suffering from anxiety, heavy depression, PTSD, Obesity, pain from my bone on my finger that's still broken and due to the pandemic I havent received therapy or the right medical attention. My Projected release date is August, 15, 2021 which is

5 months from now and my home detention eligibility date was February, 15, 2021. With all respect and honor to your Judgment, if you grant my request which has high extrodinary and compelling reasons, I have a home plan to stay with my mom Diana Romero. I would continue to practice safe social distincing and wearing a mask to prevent the virus, I would also apply for a job as soon as possible and further my education from my G.E.D I've earned while serving my time incarserated. I would also seek for the medical attention that I need as soon as possible.

Sincerely

Miguel Romero

74203-054