**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

April 21, 2021

VIA ECF

The Honorable Paul A Engelmeyer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   ***United States v. Miguel Romero***
> Ind. No. 15 cr. 445 (PAE)
> <u>Proposed Conditions of Home Confinement</u>

Dear Judge Engelmeyer:

Reference is made to the Order of the Court releasing Miguel Romero on Compassionate Release grounds and imposing a period of four months home confinement.  After speaking with Assistant United States Attorney Jordan Estes and USPO Jeffrey Stemiel it is respectfully requested that the following conditions of home confinement be imposed:

1.  Home Detention at the residence of his mother located at 163 Radford Street, Yonkers, NY 10705
2.  14 Day self quarantine period
3.  USPO discretion on the technology necessary to best enforce home detention
4.  All the conditions imposed in the Judgment of Conviction as part of Supervised Release (USPO right to search, No association, etc.)
5.  Drug and Mental Health Counseling

Should you have any questions regarding this request, please do not hesitate to contact counsel immediately.

Very truly yours,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

Provided (as appears to be the case) that the Government and the Probation Department agree to the terms proposed in defense counsel's letter, the Court is prepared to approve an order setting out these conditions of home detention.  The Court directs the Government and Probation Department, as in prior cases, to submit a proposed such order for the Court's review.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

April 21, 2021