UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.

MIGUEL ROMERO,

          Defendant.

**ORDER**

15 Cr. 445 (PAE)

PAUL A. ENGELMAYER, District Judge:

On April 16, 2021, the Court granted defendant Miguel Romero's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c), and ordered his immediate release from federal custody. It is hereby further ordered that:

1. The defendant shall remain in self-isolation at his mother's home in Yonkers, New York for 14 days (*see* Dkt. 1186);

2. The defendant is ordered to remain under home detention until August 15, 2021, the previous date of release as calculated by the Bureau of Prisons. The United States Probation Office will have discretion with respect to the technology used to enforce the home detention.

3. The defendant shall refrain from any contact—in person, over the phone, through social media, or otherwise—with any of his co-defendants or the victims of his conduct during the remainder of his term of supervised release;

4. The defendant is to possess or have access to a telephone that will allow videoconferencing by the Probation Department; *and*

5. The mandatory conditions, standard conditions, and special conditions of supervised release, imposed in connection with the defendant's sentencing, remain in place, for a period of 60 months from the date of the defendant's release.

SO ORDERED.

Dated: New York, New York
       April 23, 2021

_____
PAUL A. ENGELMAYER
United States District Judge